THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffrey Ware, Appellant.
 
 
 

Appeal From Florence County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No.  2008-UP-615
Submitted November 3, 2008  Filed
 November 10, 2008
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and  Solicitor Edgar Lewis
 Clements, III, of Florence, for Respondent.
 
 
 

PER
 CURIAM:  Jeffery Ware appeals his
 convictions and sentence for one count of stalking and two counts of
 harassment.  Ware claims the court erred in allowing a hearsay statement into
 evidence made by Wares father to the victim.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Wares
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.